# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**UNITED STATES OF AMERICA**

**VS.**

**HECTOR ROMERO PIZARRO,**

**Defendant**

NO. 5: 07-CR-49 (CAR)

VIOLATIONS: Fraud Related

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Mr. Brian T. Randall of the Macon Bar; the United States was represented by Assistant U. S. Attorney Tamara Jarrett. Based upon the evidence presented and proffered to the court by counsel for the parties and the contents of the Pretrial Service Report from the Southern District of Georgia dated November 1, 2007, as well as argument and comments of counsel, I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☐ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

  ☐ under 18 U.S.C. §924(c).

☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ (1) There is a serious risk that the defendant will not appear.

☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence presented and proffered at the DETENTION HEARING, as supplemented by information contained in the Pretrial Services Report of the Southern District of Georgia dated November 1, 2007, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure future appearance of the defendant or the safety of the community were he to be released from custody at this time. The offenses charged against defendant ROMERO-PIZARRO are a serious ones for which long-term imprisonment may be imposed in the event of a conviction after trial or a plea of guilty; his estimated guideline sentencing range is 27 to 33 months in prison, to be followed by a mandatory consecutive period of imprisonment of 24 months. The weight of evidence is strong with the defendant's thumbprint being found on counterfeit checks presented to the People's Bank of Eatonton for cashing

Although defendant ROMERO-PIZARRO has a rather insignificant arrest and conviction record consisting mainly of misdemeanors, he has no ties to the Middle District of Georgia. The defendant has significant family still residing in Venezuela. He is a citizen of Venezuela who entered the United States legally in 1999; however, he is no longer considered to be residing in the United States in a legal status, and U. S. Immigration and Customs Enforcement has lodged a detainer with the court..

For the foregoing reasons, pretrial detention is mandated and is SO ORDERED AND DIRECTED.

## PART III - DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant ROMERO-PIZARRO shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility ROMERO-PIZARRO deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 27th day of NOVEMBER, 2007.

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**